IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

KEVIN HARDAWAY,                          )
                                         )
          Plaintiff,                     )
                                         )
     v.                                  )          CV 325-108
                                         )
WARDEN MESSER; WARDEN BRAGG;             )
and UNIT MANAGER MOSS,                   )
                                         )
          Defendants.                    )

---

**O R D E R**

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 17th day of March, 2026, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE